ROLE MODELS AMERICA, INC.,
d/b/a National Role Models Acade-
my–College Corps, Appellant

v.

PENMAR DEVELOPMENT
CORPORATION and James
A. LaFleur, Appellees.

No. 05–5421.

United States Court of Appeals,
District of Columbia Circuit.

Feb. 2, 2007.

Donald M. Temple, Law Office of Don-
ald M. Temple, Washington, DC, for Ap-
pellant.

Timothy Francis McCormack, Ballard
Spahr Andrews & Ingersoll, LLP, Balti-
more, MD, R. Craig Lawrence, Assistant
U.S. Attorney, U.S. Attorney's Office,
Washington, DC, for Appellees.

Before: SENTELLE and RANDOLPH,
Circuit Judges; and EDWARDS, Senior
Circuit Judge.

*JUDGMENT*

PER CURIAM.

This case was considered on the record
from the United States District Court for
the District of Columbia and on the briefs
and arguments of the parties. It is

ORDERED AND ADJUDGED that the
order of the District Court granting the
defendants-appellees summary judgment
be affirmed for the reasons well stated in
Part II.A.1 of the District Court's Memo-
randum Opinion. *See Role Models Amer-
ica, Inc. v. PenMar Dev. Corp.,* 394
F.Supp.2d 121, 130–34 (D.D.C.2005).

Pursuant to D.C. Circuit Rule 36, this
disposition will not be published. The
Clerk is directed to withhold issuance of
the mandate herein until seven days after
resolution of any timely petition for re-
hearing or rehearing en banc. *See* Fed.
R.App. P. 41(b); D.C.Cir. Rule 41.